NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GILES E. ORCUTT, DOC#054904          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-3941
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____    )

Opinion filed July 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

PER CURIAM.

          We affirm the summary denial of Mr. Orcutt's motion for postconviction

relief.  Our affirmance is without prejudice to Mr. Orcutt's pursuing any administrative

remedies he may have with the Florida Commission on Offender Review.

CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.